FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZONA GAIL SPAETH, as Personal Representative of the Estate of Amelia Luera, and on behalf of statutory beneficiaries Angela Luera and Anthony Luera,<br><br>Plaintiff,<br><br>vs.<br><br>PINNACLE BIOLOGICS, INC., a Delaware Corporation, ADVANZ PHARMA, CORP., a Delaware Corporation, GIOVANNI BADINI, an individual, AGILITI HEALTH, INC., a Delaware Corporation, and JOHN DOES 1-10,<br><br>Defendants. | No. 2:22-cv-00048-MKD<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO REMAND<br><br>**ECF No. 3** |

Before the Court is Plaintiff's Motion to Remand this matter to Spokane County Superior Court, ECF No. 3. Defendants Pinnacle Biologics, Inc. and Advanz Pharma, Corp. ("Defendants") do not oppose Plaintiff's Motion to

ORDER - 1

Remand. *See* ECF No. 5. The Court has reviewed the motion, the record, and is fully informed. Being fully advised, the Court grants Plaintiff's Motion Remand.

## BACKGROUND

On May 11, 2022, the Court granted Plaintiff's Motion to Amend Complaint, ECF No. 3. *See* ECF No. 6. On May 16, 2022, Plaintiff filed an Amended Complaint adding Giovanni Badini ("Badini") and Agiliti Health Inc. ("Agiliti") as defendants. *See* ECF No. 7. Plaintiff's Amended Complaint alleges Badini is a citizen of Washington State and Agiliti is a Delaware Corporation.

## ANALYSIS

Federal courts have original jurisdiction over civil actions where the amount in controversy exceeds $75,000 and the case is between citizens of different states. 28 U.S.C. § 1332(a). Diversity jurisdiction under 28 U.S.C. § 1332(a) requires that each plaintiff be diverse from each defendant. *Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 553 (2005) (citing *Owen Equipment & Erection Co. v. Kroger*, 437 U.S. 365, 375 (1978)).

Plaintiff's Motion to Remand asserted that once Plaintiff amended her Complaint to add Badini, there will no longer be complete diversity as Bandini and Plaintiff are both citizens of Washington. Defendants do no contest Plaintiff's assertion. The addition of Badini as a defendant has indeed defeated diversity. Accordingly, the Court GRANTS Plaintiff's Motion to Remand.

ORDER - 2

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Motion to Remand to Spokane County Superior Court, **ECF No. 3**, is **GRANTED.**

2. This matter shall be **REMANDED** to Spokane County Superior Court.

3. All pending motions shall be **DENIED as moot** and all hearings and other deadlines shall be **STRICKEN**.

4. Defendants' Answers to Plaintiff's Amended Complaint will be filed in Spokane County Superior Court.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to the parties, and remand the matter to Spokane County Superior Court.

DATED May 17, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3